Entered on Docket
August 13, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: August 13, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 08-42277 J

ENRIQUE and BELLA PEREZ,

              Debtors.     /

MEMORANDUM AND ORDER

    The above debtors have moved this court for an order setting aside a trustee's sale of certain property situated in Las Vegas, Nevada. On July 7, 2008, the court entered an order lifting the automatic stay under Bankruptcy Code § 362(a) with respect to the subject property. The sale occurred on or about August 5, 2008, approximately one month later. The debtors' motion alleges that the debtors converted their chapter 7 case to chapter 11 on July 29, 2008, before the trustee's sale, and that the sale was therefore invalid.

    The court will deny the motion. The conversion of a bankruptcy case from one chapter to another does not impose a new automatic stay if the automatic stay had been lifted prior to the conversion.

MEMORANDUM AND ORDER

Bankruptcy Code § 362(a).  <u>In re Ramirez</u>, 188 B.R. 413 (9th Cir. BAP 1995); <u>In re State Airlines, Inc.</u>, 873 F.2d 264 (11th Cir. 1989). Consequently, the trustee's sale was not conducted in violation of the automatic stay.

    Therefore, it is ordered that the debtors' motion is denied.

**END OF ORDER**

MEMORANDUM AND ORDER    2

|   |                                    |
|---|------------------------------------|
| 1 | COURT SERVICE LIST                 |
| 2 | Enrique and Bella Perez            |
|   | 3158 14th Street                   |
| 3 | San Pablo, CA 94806                |
| 4 | Steven W. Pite                     |
|   | Pite Duncan, LLP                   |
| 5 | P.O. Box 12289                     |
|   | El Cajon, CA 92022-2289            |

MEMORANDUM AND ORDER              3